IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00907-MSK-MJW

CARLTON RAY MARTINEZ-BEY,

    Applicant,

v.

JOSEPH ORTIZ, Executive Director of the Colorado Department of Corrections,

    Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Krieger, Judge

    Applicant has filed a notice of appeal from this court's final order denying his application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 28th day of February, 2006.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge