IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00907-MSK-MJW

CARLTON RAY MARTINEZ-BEY,

       Applicant,

v.

JOSEPH ORTIZ, Executive Director of the Colorado Department of Corrections,

       Respondents.

ORDER TO CURE DEFICIENCY

Krieger, Judge

       Applicant submitted a Motion to File Without Payment and Supporting Financial Affidavit on February 17, 2006. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      ___ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
      ___ is not submitted
      ___ is missing affidavit
      ___ is missing required financial information
      ___ is missing an original signature by the prisoner
      _X_ is not on proper form (must use the court's current form)
      ___ other _____

Accordingly, it is

       ORDERED that applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that applicant files in response to this order must include the civil

action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 28th day of February, 2006.

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge